AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **NEW YORK**

Lockheed Martin Corporation, etc.

V.

Custom One Design, Inc.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: **3: 04-MC-89 (TJM)**

I, **Lawrence K. Baerman** Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action **9/09/2004**, as it appears in the records of this court, and that

> the Court entered an Order on September 23, 2004 confirming the finality of the September 9, 2004 Judgment, and that the attached Order of finality is a true and correct copy of the original Order of finality entered in this action on September 23, 2004, as it appears in the records of this court.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

**September 30, 2004**
Date

**Lawrence K. Baerman**
Clerk

*(signature)*
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

04MBD10286

*[handwritten: Denied 9/9/04]*

**DOCUMENT**
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK. LAWRENCE K. BAERMAN, CLERK
Dated: 9/9/04
By: _____ Deputy Clerk

*[Stamps: FILED IN CLERK'S OFFICE 2004 OCT 12; U.S. DISTRICT COURT - N.D. OF N.Y. FILED SEP 09 2004 AT __ O'CLOCK __ Lawrence K. Baerman, Clerk - Binghamton]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LOCKHEED MARTIN CORPORATION
as successor to LOCKHEED MARTIN
FEDERAL SYSTEMS, INC.,
1801 State Route 17C
Owego, New York 13827

                    *Plaintiff*,

                    -vs-

CUSTOM ONE DESIGN, INC.,
10 Corey Street
Melrose, Massachusetts 02176

                    *Defendant*.

JUDGMENT

Misc. Action No.: 3:04-mc-89

---

The Plaintiff, Lockheed Martin Corporation as successor to Lockheed Martin Federal Systems, Inc., has moved, *ex parte*, for a judgment against Defendant, Custom One Design, Inc. in the amount of $375,000 ($400,000 minus $25,000 received from Custom One Design, Inc.,) plus the costs and disbursements of this action.

NOW, on motion of Hiscock & Barclay, LLP, attorneys for Plaintiff, it is hereby

ADJUDGED, that Plaintiff, Lockheed Martin Corporation as successor to Lockheed Martin Federal Systems, Inc., with its principal office located at 1801 State Route 17C, Owego, New York, shall

SYLIB01\410705\1

*[side text: HISCOCK & BARCLAY, LLP]*

recover against Defendant, Custom One Design, Inc., 10 Corey Street, Melrose, Massachusetts, the sum of $375,000 ($400,000 minus $25,000 received from Custom One Design, Inc.), plus the costs and disbursements of this action in the amount of $39, **making in all the sum of $375,039.**

Judgment entered this 9th day of September 2004.

LAWRENCE K. BAERMAN
_____
Clerk

By: CM Hages, Deputy Clerk

Hiscock & Barclay, LLP
Jon P. Devendorf, Esq.
Philip P. Whaling, Esq.
*Attorneys for Plaintiff*
Financial Plaza
P.O. Box 4878
Syracuse, New York 13221-4878
Telephone: (315) 422-2131
Facsimile: (315) 472-3059

SYLIB01\410705\1

- 2 -

04MBD10286

**HISCOCK BARCLAY**

FILED
IN CLERKS OFFICE

PHILIP P. WHALING
ASSOCIATE

2004 OCT 12 P 12:32

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 15, 2004



**VIA ELECTRONIC CASE FILING SYSTEM**

The Honorable Thomas J. McAvoy
United States District Judge
Northern District of New York
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    <u>Lockheed Martin Corporation v. Custom One Design, Inc.</u>
            Misc. No. 3:04-MC-89

Dear Judge McAvoy:

    Plaintiff Lockheed Martin Corporation ("Lockheed Martin") respectfully requests that the Court enter an Order, pursuant to 28 USC § 1963, confirming the finality of the Judgment entered on September 9, 2004 in Misc. Case No. 3:04-MC-89 (the "Judgment").

    Lockheed Martin respectfully submits that an Order of finality for the Judgment should be entered because (1) Custom One Design, Inc. ("Custom One") consented to the entry of the Judgment thereby waiving any right to appeal, and (2) Custom One's assets and property are located in Middlesex County and/or elsewhere in Massachusetts (where Custom One operates), not New York. *See* 28 USC § 1963 (Judgment becomes final by appeal, or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown); *see also Stanford v. Utley*, 341 F.2d 265 (8th Cir. 1965) (Mississippi federal judgment became final as to defendants forthwith, where they had consented to entry and thus lost right of appeal, and accordingly judgment was then ripe for registration in another district under 28 USC § 1963).

    Lockheed Martin's papers in support of the Judgment included the Settlement Agreement and Affidavit of Confession of Judgment ("Confession") executed by Custom One (in Case No. 01-CV-0671) which entitled Lockheed Martin, upon an Event of Default, to move for entry of judgment without further notice to Custom One based on the Confession. *See* September 2, 2004 Affirmation of Philip P. Whaling, Exhibit A. Because Custom One consented to the entry of the Judgment, Custom One waived its appeal rights and the Judgment immediately became final. Accordingly, Lockheed Martin respectfully requests that the Court confirm the finality of the Judgment by executing this letter on the line below.

SYLIB01:414037.2

**E C F   D O C U M E N T**
I certify that this is a printed
copy of a document which was
electronically filed with the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 9-27-04
By: _____ Deputy Clerk

The Honorable Thomas J. McAvoy
September 15, 2004
Page 2

Please advise if the Court requires anything further. Thank you for the Court's courtesies.

Respectfully yours,

s/ Philip P. Whaling

Philip P. Whaling

PPW:rsk

The Judgment entered on September 9, 2004 in Misc. Case No. 3:04-MC-89 is final pursuant to 28 USC § 1963.

SO ORDERED:

9/23/04

Honorable Thomas J. McAvoy
United States District Judge

SY-LIB01-4149070