# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, )<br>as successor to LOCKHEED MARTIN FEDERAL )<br>SYSTEMS, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CUSTOM ONE DESIGN, INC. )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 3:04-mc-00089-<br>TJM-DEP |

## NOTICE OF APPEARANCE

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of John H. Perten of Bowditch & Dewey, LLP on behalf of Plaintiff, Lockheed Martin Corporation, as Successor to Lockheed Martin Federal Systems, Inc.

                              LOCKHEED MARTIN CORPORATION,
                              as Successor to Lockheed Martin Federal Systems, Inc.

                              By: _____
                                  John H. Perten (BBO # 548728)
                                  Bowditch & Dewey, LLP
                                  161 Worcester Road
                                  Framingham, MA  01701
                                  Telephone:  (508) 879-5700
                                  Facsimile:  (508) 929-3037

Dated: October ___, 2004