UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD CASE NO. 04-MC-10286

LOCKHEED MARTIN CORPORATION )
(Plaintiff) )
)
)
v. ) TRUSTEE'S ANSWER
)
)
CUSTOM ONE DESIGN, INC. )
(Defendant) )
)
)
BANKNORTH, N.A. dba )
BANKNORTH MASSACHUSETTS )
(Trustee Defendant) )

Now comes Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Summons, the alleged Trustee had no goods, effects, or credits in the name of "CUSTOM ONE DESIGN, INC." available for attachment.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 31ST DAY OF MARCH 2005.

BANKNORTH, N.A.

BY: *Rebecca E. Wheeler*

Rebecca E. Wheeler
Administrative Assistant
Legal Department
Banknorth, N.A.

STATE OF MAINE                              MARCH 31, 2005
CUMBERLAND, SS.

Personally appeared the above-named Rebecca E. Wheeler, who acknowledged that the foregoing Disclosure was true to the best of her knowledge and belief.

Before me,

*Nancy Dumont*
Nancy Dumont, Notary Public

NANCY DUMONT
Notary Public, Maine
My Commission Expires April 11, 2008