



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MBD NO. 04-MC-10286

| | |
|---|---|
| Lockheed Martin Corporation, as Successor to Lockheed Martin Federal Systems, Inc., <br>     Plaintiff <br> VS <br> Custom One Design, Inc., <br>     Defendant <br> Eastern Bank <br>     Trustee | ANSWER OF TRUSTEE |

Eastern Bank, Summoned as trustee for the defendant, Custom One Design, Inc., in the above-entitled matter, says that at the time of service of the summons upon Eastern Bank on March 22, 2005 it had in its possession, goods, effects, or credits in the amount of $ 128.86 that are unconditionally due the defendant.

Signed under the penalties of perjury by Elaine Burke, Assistant Operations Manager of Eastern Bank, this 6th day of April 2005.

                                                                                              *Elaine Burke*

### Certificate of Service

I, Elaine Burke, hereby certify that I this date served a copy of the within Answer of Trustee upon the Plaintiffs, Lockheed Martin Corporation., by mailing a copy of the same, postage prepaid, this date addressed to Marisa L. Pizzi, 161 Worcester Road, Framingham, Ma 01701, Plaintiff's Attorney and to the defendant.

Date: April 6, 2005                                                                     *Elaine Burke*