UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-MC-10286

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, as successor to LOCKHEED MARTIN FEDERAL SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> CUSTOM ONE DESIGN, INC., <br><br> Defendant, | SATISFACTION OF JUDGMENT |

   **WHEREAS**, a judgment was docketed in the above-entitled action on September 9, 2004, in the Office of the Clerk of the United States District Court for the Northern District of New York in favor of the plaintiff, Lockheed Martin Corporation, as successor to Lockheed Martin Federal Systems, Inc. ("Lockheed Martin"), for the sum of $375,039 (the "Judgment"), and;

   **WHEREAS**, the Judgment was registered with this Court on or about October 12, 2004 and, thereafter, on December 6, 2004, this Court issued an Execution in favor of Lockheed Martin in the amount of the Judgment for $375,039;

   **WHEREAS**, plaintiff has agreed to accept $95,000 in full satisfaction of the Judgment, and;

   **WHEREAS**, the terms, including but not limited to those related to intellectual property rights, of the June 21, 2004 Settlement Agreement and Release entered into by and between plaintiff, Lockheed Martin, and defendant, Custom One Design, Inc. ("C1D"), shall remain in full force and effect;

   **AND** it is certified that there are no outstanding executions with any Sheriff or Marshall within the Commonwealth of Massachusetts;

{J:\CLIENTS\lit\304326\0001\plead\F0315738.DOC;1}

**NOW THEREFORE**, full satisfaction of said Judgment is hereby acknowledged, and the said Clerk is hereby authorized and directed to make an entry of full satisfaction on the docket of said Judgment.

LOCKHEED MARTIN
CORPORATION, as successor to
LOCKHEED MARTIN FEDERAL
SYSTEMS, INC.,

By its attorneys,

_____
John H. Perten (BBO # 548728)
Marisa L. Pizzi (BBO # 637383)
BOWDITCH & DEWEY, LLP
161 Worcester Road
P.O. Box 9320
Framingham, MA 01701
Telephone (508) 879-5700

Dated: August 9, 2005

-2-

{J:\CLIENTS\lit\304326\0001\plead\F0315738.DOC;1}