UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MBD No. 1:04-MC-10286

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, as successor to LOCKHEED MARTIN FEDERAL SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> CUSTOM ONE DESIGN, INC., <br><br> Defendant, | NOTICE OF DISMISSAL |

Plaintiff, Lockheed Martin Corporation, as successor to Lockheed Martin Federal Systems, Inc. ("Lockheed Martin"), hereby dismisses the above action.

LOCKHEED MARTIN
CORPORATION, as successor to
LOCKHEED MARTIN FEDERAL
SYSTEMS, INC.,

By its attorneys,

_____
John H. Perten (BBO # 548728)
Marisa L. Pizzi (BBO # 637383)
BOWDITCH & DEWEY, LLP
161 Worcester Road
P.O. Box 9320
Framingham, MA  01701
Telephone (508) 879-5700

Date:  August 9, 2005

{J:\CLIENTS\lit\304326\0001\plead\F0315737.DOC;1}